8:21-cr-00256-RFR-SMB   Doc # 48   Filed: 12/20/23   Page 1 of 1 - Page ID # 119

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America <br> v. <br> CHRISTOPHER D. WILSON <br><br> Date of Original Judgment: 08/29/2022 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) ) ) ) ) ) ) ) Case No: 8:21CR256-001 <br> USM No: 47325-044 <br><br> David R. Stickman <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **46** months **is reduced to** **37 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **08/29/2022** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/20/2023

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

Robert F. Rossiter, Jr., Chief U.S. District Court Judge
*Printed name and title*